# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **INVENSYS SYSTEMS, INC., ET AL.** | **CASE NO. 2:15-cv-00898-RWS** <br> **(LEAD CASE)** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **EMERSON PROCESS MANAGEMENT, LLLP, ET AL.** | **CASE NO. 2:15-cv-01266-RWS** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **ROCKWELL AUTOMATION, INC., ET AL.** | **CASE NO. 2:15-cv-01269-RWS** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **KOLLMORGEN CORPORATION, ET AL.** | **CASE NO. 2:15-cv-01539-RWS** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **YASKAWA AMERICA, INC., ET AL.** | **CASE NO. 2:15-cv-01771-RWS** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **BOSCH REXROTH CORP., ET AL.** | **CASE NO. 2:15-cv-01977-RWS** <br><br> **JURY TRIAL DEMANDED** |
| **AUTOMATION MIDDLEWARE SOLUTIONS, INC.** <br> V. <br> **MITSUBISHI ELECTRIC CORP., ET AL.** | **CASE NO. 2:15-cv-01982-RWS** <br><br> **JURY TRIAL DEMANDED** |

# ORDER GRANTING JOINT MOTION TO EXTEND TIME

Before the Court is Plaintiffs' and Defendants' Joint Motion to Extend Time to complete their attempts to reach an agreement and either report their agreement to the Court or file their competing proposals with respect to certain issues pertaining to the Docket Control Order. After review of the Motion and all other matters of record, it is hereby

ORDERED that Plaintiffs' and Defendants' Joint Motion to Extend Time is GRANTED, and it is further

ORDERED that the deadline for the parties to attempt to reach an agreement and either report their agreement to the Court or file their competing proposals with respect to the Docket Control issues on which the Court directed the parties to meet and confer is extended through June 1, 2016.

SIGNED this 26th day of May, 2016.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE